# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Moses Molombe Mongo v. Richard Caterisano, et al.*  
Civil Action No. RWT-09-2860

DATE: September 26, 2011

* * * * * * * * *

On September 26, 2011, the parties filed a Consent Motion for Continuance [ECF No. 44] and informed the Court of the discovery of new evidence that is relevant to the ultimate issues in the case. The motions that are the subject of the hearing scheduled for Tuesday, September 27, 2011 at 9:00 a.m. will have been pending for more than six months at the end of this month, and it is the policy of this Court not to allow motions to remain undecided for a period in excess of more than six months.

Accordingly, the Consent Motion to Continue Hearing [ECF No. 44] is **GRANTED** and the hearing scheduled for **Tuesday, September 27, 2011 at 9:00 a.m.** on the parties Cross Motions for Summary Judgment is **CANCELLED**. Additionally, Plaintiff's Motion for Summary Judgment [ECF No. 31] and Defendants' Cross Motion for Summary Judgment [ECF No. 33] are **DENIED WITHOUT PREJUDICE** with the right to renew both motions by incorporating by reference the initial papers and supplementing with any newly discovered information.

A telephone status conference is scheduled for **Wednesday, November 30, 2011, at 5:30 p.m.** to be initiated by counsel for the Plaintiff.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Roger W. Titus  
United States District Judge